■ LaFayette Central School District, Respondent-Appellant, v Niagara Mohawk Power Corporation, Appellant-Respondent, and Town of Onondaga et al., Respondents.— Judgment unanimously affirmed, without costs. Memorandum: We affirm for reasons stated in the memorandum decision at Special Term (Lynch, J.). We add that, insofar as respondent Niagara Mohawk's counterclaim for a refund of taxes paid for the tax year 1982-1983 may be considered a plenary action for money had and received, it fails to state a cause of action. Payment under protest, which is an essential element of such an action, is not alleged *(see, City of Rochester v Chiarella,* 86 AD2d 110, 113-114, *affd* 58 NY2d 316, *cert denied sub nom. Quality Packaging Corp. v City of Rochester,* 464 US 828). (Appeals from judgment of the Supreme Court, Onondaga County, Lynch, J.—art 78; declaratory judgment.) Present— Dillon, P. J., Boomer, Green, Pine and Lawton, JJ.

■ Andrew A. Cwikla, Appellant, v Westinghouse Electric Company, Inc., Respondent.—Appeal unanimously dismissed, without costs. Memorandum: Plaintiff lost his right to appeal by the acceptance of the sum of $200 awarded under the conditional order *(see, Dolin v Passero-Scardetta Assoc.,* 110 AD2d 1051). If we were to reach the merits, we would affirm for the reasons stated in the memorandum decision at Special Term (Swartwood, J.). (Appeal from order of Supreme Court, Steuben County, Swartwood, J.—vacate default.) Present—Dillon, P. J., Boomer, Green, Pine and Lawton, JJ.